U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:    08 C 380

ERIC GUTMAN

      v.

CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| |
|---|
| NAME (Type or print) <br> Kenneth C. Robling |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Kenneth C. Robling |
| FIRM <br> City of Chicago Department of Law |
| STREET ADDRESS <br> 30 North LaSalle, Suite 1020 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278335 | TELEPHONE NUMBER <br> 312-744-4939 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X     NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ ||