IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eric Gutman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>City of Chicago and unknown Chicago )<br>Police Officers, )<br>)<br>)<br>)<br>Defendants. ) | No. 08 C 380<br><br>Judge Dow<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Dow, or any judge sitting in his stead, on **Thursday, February 28, 2008, at 9:15 a.m.**, to present its Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which has been served on you.

Dated: February 21, 2008

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By:  /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-744-4939

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 21, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING