## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Eric Gutman
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00380
                                                Honorable Robert M. Dow Jr.

City of Chicago, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 22, 2008:

   MINUTE entry before Judge Robert M. Dow Jr.: MOTION by Defendant City of Chicago for extension of time [11] to answer or otherwise plead to plaintiff's complaint is granted to and including 3/24/08.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.