IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | No. 08 C 380 |
| Plaintiff, | ) | |
| v. | ) | Judge Dow |
| | ) | |
| CITY OF CHICAGO, and | ) | Magistrate Judge Brown |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO**:   Arthur Loevy, Jonathan Loevy &
Samantha Liskow
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607

    **PLEASE TAKE NOTICE** that on March 24, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

    Respectfully submitted,

    MARA S. GEORGES
    Corporation Counsel, City of Chicago

    BY:   /s/ Marcela D. Sánchez

30 N. LaSalle Street, Suite 1020    MARCELA D. SÁNCHEZ
Chicago, IL 60602    Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

  Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 24th day of March, 2008.

                   **/s/ Marcela D. Sánchez**