IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 380 |
| | ) | |
| CITY OF CHICAGO and | ) | Judge Dow |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:   Marcela Sanchez
      Kenneth Robling
      City of Chicago Dept. of Law
      30 North LaSalle St., Suite 1020
      Chicago, IL 60602

   Please take notice that on **April 10, 2008 at 9:15 a.m.** I will appear before **Judge Dow** in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present **Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint**.

                                                    S/ Samantha Liskow

LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

   I, Samantha Liskow, an attorney, certify that on April 7, 2008 I sent by electronic filing a copy of this Notice and the referenced Motion to the above-named counsel.

                                                    S/ Samantha Liskow