# EXHIBIT A

# CLEAR Data Warehouse
## Contact Information Card Search

Card No = 5427628

Report Date= 3/17/2008            Requested By= PC0V503

## Contact Details

Card No. 5427628   Contact Date/Time 23-OCT-2007 20:25   Submitting Beat 2324   Juvenile N
Contact Type Suspicious Person

Street No. 520   Street Dir. W   Street Name ALDINE AVE   Apt/Suite
City CHICAGO   State IL   Zip 60657   Beat 2331

## Person Details

Last Name GUTMAN   First Name ERIC   Middle Initial N   Name Suffix
Nickname   Birth Date 21-JUN-1980   Age 27   Age To
Sex M   Race WHI   Height 601
Weight 190   Build MED   Eye Color HAZ
Hair Color   Hair Style SHORT   Complexion LGT
Phone No.   Cell No. 9177214890
Clothing Description BLACK LEATHER JACKET, BLUE PANTS

## Residential Address

Street No. 11222   Street Dir.   Street Name BRASSBRIDGE DR   Apt/Suite 3541
City HOUSTON   State TX   Zip   Beat 3100

## Employer/School Details

Employer Business Name   School Name

Street No.   Street Dir.   Street Name   Apt/Suite
City   State   Zip   Beat 3100

## Vehicle Details

License No.   License Type
License State   License Expiration   VIN No.

Vehicle Year
Vehicle Make
Vehicle Model   Type
Body Style   Color

## ID Details

Name Verified? Y   Drivers License No.   State TX   SSN
Other ID Type   Other ID No.   RD No. HN665911
OCD-I No.   Hotspot No.   Event No. 17011   Mission No.

**REDACTED**                                                                  CITY
                                                                              0001

## Gang Details

http://167.165.43.108/scripts_test/specific_contact_details.asp                3/17/

Contact Details                                                                      Page 2 o
NAGIS Verified? N
Gang Name    Faction Name
Known Hang-Outs
Type of Gang Activity    Other Activity

## Scar Marks

/ / /

## Reason for Contact

WHILE INVESTIGATING SHOTS FIRED CALL, SUBJECT APPROACHED ROS IN A THREATENING MANNER W/ AN UNKNOWN OBJECT IN HIS HAND. AFTER RESTRAINING SUBJECT, THE UNKNOWN OBJECT WAS FOUND TO BE A CE PHONE. NAME CHECK CLEAR, VIA ZONE.

## Employee Details

| | | | |
|---|---|---|---|
| 1st Preparing Officer: Star No. 7756 | Employee No. 54779 | Last Name SANABRIA | First Name RICHARD |
| 2nd Preparing Officer: Star No. 5465 | Employee No. 45521 | Last Name MARTINEZ | First Name JOSE |
| Approving Supervisor: Star No. 1245 | Employee No. 25250 | Last Name GRECO JR | First Name PHILIP |

CITY
0002