IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | No. 08 C 380 |
| Plaintiff, | ) | |
| v. | ) | Judge Dow |
| | ) | |
| CITY OF CHICAGO, and | ) | Magistrate Judge Brown |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO**: Arthur Loevy, Jonathan Loevy &
Samantha Liskow
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607

    **PLEASE TAKE NOTICE** that on April 8, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,** a copy of which is hereby served upon you.

                                                                        Respectfully submitted,

                                                                        MARA S. GEORGES
                                                                        Corporation Counsel, City of Chicago

                                            BY:    /s/ Marcela D. Sánchez
30 N. LaSalle Street, Suite 1020                         MARCELA D. SÁNCHEZ
Chicago, IL 60602                                              Assistant Corporation Counsel

# CERTIFICATE OF SERVICE

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 8th day of April, 2008.

**/s/ Marcela D. Sánchez**