UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Eric Gutman
       Plaintiff,

v.             Case No.: 1:08−cv−00380
             Honorable Robert M. Dow Jr.

City of Chicago, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

  MINUTE entry before Judge Honorable Robert M. Dow, Jr:Plaintiff's Second Motion for Leave to File a Second Amended Complaint [24] is entered and continued. Defendants are given leave to file a written response with citation to authority on or before 4/29/08. The Court will rule by mail. Notice of motion date of 4/24/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.