UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Eric Gutman
                          Plaintiff,

v.                                                Case No.: 1:08−cv−00380
                                                       Honorable Robert M. Dow Jr.

City of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Plaintiff's motion for leave to file a First Amended Complaint (DE 24) is granted. In response to Defendant City of Chicago's objections, Plaintiff's proposed First Amended Complaint no longer names as defendants"Unknown Chicago Police Officers." The only portion of the proposed First Amended Complaint to whichDefendant City of Chicago now objects (see DE 27) is an assertion in paragraph 6 that the City is liable under Monell for the constitutional violations of the Defendant officers "and any as−yet−unknown agents of the City of Chicago." The parties dispute whether that allegation is accurate as a matter of law. However, regardless of which side is correct on that legal issue, the insertion of the disputed phrase in the proposed First Amended Complaint is no basis for denying leave to file that Complaint under FRCP 15(a). Defendants of course are free to take issue with the disputed allegation in their answer and in any other appropriate pleading at any point in the lawsuit.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.