```
              IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ERIC GUTMAN,                            )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )
                                        )   08 C 380
CITY OF CHICAGO, CHICAGO POLICE         )
OFFICERS RICHARD SANABRIA AND           )   Judge Dow
JOSE MARTINEZ, and CHICAGO POLICE       )   Magistrate Judge Brown
SERGEANT PHILIP GRECO, JR.,             )
                                        )
            Defendants.                 )   JURY TRIAL DEMANDED
```

## NOTICE OF FILING

TO:   Marcela Sanchez                Kenneth Robling
      City of Chicago                City of Chicago
      30 N. LaSalle St.              30 N. LaSalle St.
      Chicago, IL 60602              Chicago, IL 60602

Please take notice that on April 30, 2008 I filed **Plaintiff's First Amended Complaint** with the Clerk of the United States District Court for the Northern District of Illinois.

/S/ Samantha Liskow

LOEVY & LOEVY
312 North May Street
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Samantha Liskow, an attorney, certify that on April 30, 2008 I sent by electronic means a copy of the attached Notice and the Complaint to the above-named counsel.

/S/ Samantha Liskow