IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | No. 08 C 380 |
| Plaintiff, | ) | |
| v. | ) | Judge Dow |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS RICHARD SANABRIA AND JOSE MARTINEZ, and CHICAGO POLICE SERGEANT PHILIP GRECO, JR., | ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

### NOTICE OF FILING

**TO**:  Arthur Loevy, Jonathan Loevy &
Samantha Liskow
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607

    **PLEASE TAKE NOTICE** that on May 2, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is served upon you.

    Respectfully submitted,

    MARA S. GEORGES
    Corporation Counsel, City of Chicago

BY: /s/ Marcela D. Sánchez
    MARCELA D. SÁNCHEZ
    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 2nd day of May, 2008.

                                                **/s/ Marcela D. Sánchez**