## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 380 | **DATE** | 5/14/2008 |
| **CASE TITLE** | GUTMAN vs. CITY OF CHGO. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant City of Chicago's oral motion to withdraw the appearances of Kenneth Charles Robling and Marcela D. Sanchez is granted. Status hearing continued to 6/18/08 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|