AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ERIC GUTMAN,

      Plaintiff,

V.

CITY OF CHICAGO, CHICAGO POLICE OFFICERS
RICHARD SANABRIA AND JOSE MARTINEZ, and
CHICAGO POLICE SERGEANT PHILIP GRECO, JR.
    Defendants.

| | |
|---|---|
| CASE NUMBER: | 08 C 380 |
| ASSIGNED JUDGE: | Judge Dow |
| DESIGNATED MAGISTRATE JUDGE: | Judge Brown |

TO: (Name and address of Defendant)

Chicago Police Sergeant Philip Greco, Jr.
Chicago Police Department
Office of Legal Affairs
3510 S. Michigan Ave., 5th Fl.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N May St, Ste 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*

**(By) DEPUTY CLERK**

        **May 1, 2008**

        Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  5/14/08  5/15/08 |
| NAME OF SERVER (PRINT)  JEFF PERKINS | TITLE  COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): hand delivery to: 3510 S. Michigan Ave, 5th fl, Chicago, IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/14/08  5/15/08
                Date

Signature of Server

1041 N MARSHFIELD, IR 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.