IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 08 C 380 |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICERS RICHARD SANABRIA AND | ) | Judge Dow |
| JOSE MARTINEZ, and CHICAGO POLICE | ) | Magistrate Judge Brown |
| SERGEANT PHILIP GRECO, JR., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## JOINT SCHEDULING PROPOSAL

Counsel for the Defendant City of Chicago and counsel for Plaintiff Eric Gutman conferred regarding the discovery schedule. Counsel agreed to propose to this Court that fact discovery close in four months, on October 17, 2008. Counsel have not determined whether an expert discovery schedule will be necessary, and they propose to explore that possibility at a later date.

Assistant Corporation Counsel Rita Moran has indicated that she anticipates filing an appearance on behalf of the individual Defendant Officers. She also indicated that she had no objection to counsel for the City and Plaintiff proposing a discovery schedule.

| PLAINTIFF | DEFENDANT CITY OF CHICAGO |
|---|---|
| By: <br> /s/Samantha Liskow | By: <br> /s/ Ashley Kosztya |
| Attorneys for Plaintiff | Attorneys for Defendant City |
| Arthur Loevy <br> Jon Loevy <br> Samantha Liskow <br> Loevy & Loevy <br> 312 North May <br> Suite 100 <br> Chicago, Illinois 60607 | City of Chicago <br> 30 North LaSalle Street - Suite 1020 <br> Chicago, IL 60602 |