IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS\
EASTERN DIVISION

| | |
|---|---|
| ERIC GUTMAN, ) | |
| ) | No.     08 C 0380 |
| Plaintiff, ) | |
| ) | JUDGE DOW |
| v. ) | |
| ) | Magistrate Judge Brown |
| CITY OF CHICAGO, CHICAGO POLICE ) | |
| OFFICERS RICHARD SANABRIA and JOSE ) | |
| MARTINEZ, and CHICAGO POLICE ) | JURY DEMAND |
| SERGEANT PHILIP GRECO, JR., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Arthur Loevy
       Jon Loevy
       Samantha Liskow
       LOEVY & LOEVY
       312 North May Street - Suite 100
       Chicago, IL 60607

  PLEASE TAKE NOTICE that on July 8, 2008 the Individual Defendants filed their answer, defenses, and jury demand to Plaintiff's first amended complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

  I hereby certify that I have served this notice and the attached document by causing it to be e-mailed to the person named above at the address pursuant through the CM/ECF filing system this 8th day of July, 2008.

                                    Respectfully submitted,

                                    MARA S. GEORGES,
                                    CORPORATION COUNSEL
                                    CITY OF CHICAGO

                    By:    /s/ Rita Moran_____
                                    RITA MORAN
                                    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-4939 Office
(312) 744-3989 Fax *New*