IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 380 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | Judge Dow |
| OFFICERS JOSE MARTINEZ, STAR 5456, | ) | |
| RICHARD SANABRIA, STAR 7756 AND | ) | Magistrate Judge Brown |
| PHILIP GRECO, JR., STAR 20627, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached

agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Eric

Gutman, by one of his attorneys, Samantha Liskow, and defendants, Jose Martinez, Richard Sanabria and

Philip Greco, Jr., by one of their attorneys, Rita Moran, and defendant City of Chicago, by its attorney,

Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a

Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in

the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further

orders as follows:

All of the claims of plaintiff, Eric Gutman, against defendants, City of Chicago, Jose Martinez,

Richard Sanabria and Philip Greco, Jr., are dismissed with prejudice and with each side bearing its own

costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301

ENTER: _____
The Honorable Robert M. Dow, Jr.
United States District Judge

DATED: July 29, 2008