IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 28 2008
JUL 29, 2008
Judge Robert M. Dow, Jr.
United States District Court

| | | |
|---|---|---|
| ERIC GUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 380 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | Judge Dow |
| OFFICERS JOSE MARTINEZ, STAR 5456, | ) | |
| RICHARD SANABRIA, STAR 7756 AND | ) | Magistrate Judge Brown |
| PHILIP GRECO, JR., STAR 20627, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

Samantha Liskow
Attorney for plaintiff,
Eric Gutman
Loevy and Loevy
312 N. May, Suite 100
Chicago, Illinois 60607
(312) 243-5900
Attorney No. **6286731**
DATE: **7/25/08**

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: Rita Moran

Rita Moran
Assistant Corporation Counsel
Attorney for City of Chicago and defendants,
Jose Martinez, Richard Sanabria and Philip
Greco, Jr.
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301
DATE: 7/08/08